**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

EMMANUEL CEUS,

      Petitioner,

    v.

WARDEN *Federal Correctional
Institution, Lewisburg*, et al.,

      Respondents.

No. 4:26-CV-00714

(Chief Judge Brann)

## ORDER

**MARCH 25, 2026**

Emmanuel Ceus, a detainee of the United States Department of Homeland Security, Immigration and Customs Enforcement, filed this 28 U.S.C. § 2241 petition seeking an order granting immediate release from custody or, alternatively, directing the Government to provide him with an individualized bond hearing.[1]

Upon consideration of Ceus' § 2241 petition, **IT IS HEREBY ORDERED** that:

1. Ceus shall make immediate and proper service of his petition upon Respondents; and

2. Within three (3) days of service of the petition, Respondents shall show cause, if any exists, as to why the petition should not be granted.

                BY THE COURT:

                *s/ Matthew W. Brann*
                Matthew W. Brann
                Chief United States District Judge

---

[1] Doc. 1.