# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

EMMANUEL CEUS,

      Petitioner,

    v.

WARDEN *Federal Correctional Institution, Lewisburg*, *et al.*,

      Respondents.

No. 4:26-CV-00714

(Chief Judge Brann)

## ORDER

### APRIL 2, 2026

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Ceus' 28 U.S.C. § 2241 petition (Doc. 1) is **GRANTED**;

2. The Government **SHALL** provide Ceus with an individualized bond hearing at which he may present evidence on or before Friday, May 1, 2026. If such a bond hearing is not provided by that date, the Government shall release Ceus on his own recognizance pursuant to 8 U.S.C. § 1226(a); and

3. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge